UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30202 |
| | Chapter 11 – Subchapter V |
| Chad D. Hove, | |
| Debtor, Jointly Administered. | |
| _____/ | |
| Precisionomics, LLC, | Bankruptcy No. 24-30203 |
| | Chapter 11 – Subchapter V |
| Debtor, Jointly Administered. | |
| _____/ | |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

On November 10, 2025, Debtors Chad D. Hove and Precisionomics, LLC, filed a Motion for Substitution of Counsel. Doc. 188. The Court received no objections in the time allowed. Upon review of the motion, the Court finds cause for granting it. Therefore, IT IS ORDERED that the motion is GRANTED. The Clerk may substitute Attorney Maurice B. VerStandig of the Dakota Bankruptcy Firm in place of Attorney Sara Diaz as the attorney of record for Debtors.

Dated: November 14, 2025.

*Shon Hastings*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

1