UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chad Hove Farms, | ) | Case No. 24-30203 |
| | ) | |
| Debtor. | ) | Chapter 11 |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Workforce Safety & Insurance, having filed a proof of claim in this matter on July 24, 2024, hereby withdraws its proof of claim in case 24-30203.

Workforce Safety & Insurance's claim was filed with Case No 24-30202.

Dated this 13th day of November, 2025.

Respectfully Submitted,

By: *Anne Jorgenson Green*
Anne Jorgenson Green (Nov 13, 2025 12:20:43 CST)
Anne Jorgenson Green
Special Assistant Attorney General
State Bar ID No. 05691
Workforce Safety & Insurance
PO Box 5585
Bismarck, North Dakota 58506-5585
(701) 328-3800 / agreen@nd.gov
Attorney for Creditor

PC1932



**WSI**
North Dakota Workforce
Safety & Insurance

**Art Thompson**
Director

November 12, 2025

United States Bankruptcy Court
District of North Dakota
655 1st Avenue North Suite 210
Fargo ND  58102

RE:   Chad Hove Farms
      Employer Account No. 1529921
      Bankruptcy No. 24-30203

Dear Clerk of Court:

Enclosed for filing with the court are an original and one copy of the following documents:

1. Notice of Withdrawal of Claim

If you have any questions, feel free to contact me at (701) 328-5906.  Thank you for your cooperation in this matter.

Sincerely,

*Anne Jorgenson Green*
Anne Jorgenson Green (Nov 12, 2025 16:57:49 CST)
Anne Jorgenson Green
Special Assistant Attorney General
State Bar ID No. 05691

cc:   Sara Diaz
      Bulie Diaz Law Office
      305 S 4th St, Ste A
      Grand Forks, ND 58201

AJG:agv

Enclosure