IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30202 |
| | ) | (Chapter 11) |
| CHAD D. HOVE, | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| PRECISIONOMICS, LLC | ) | Case No. 24-30203 |
| | ) | (Chapter 11) |
| Reorganized Debtor. | ) | |
| _____ | ) | |

**<u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL</u>**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm, counsel for the debtors in these cases, have filed a motion to withdraw as counsel.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: January 10, 2026    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com

*[Certificate of Service on Following Page]*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system and served via US Mail, postage pre-paid, to (i) Chad Hove, 8750 36th St. NE, Jamestown, ND 58401; (ii) Precisionomics, LLC, 8750 36th St. NE, Jamestown, ND 58401.

/s/ Maurice B. VerStandig
Maurice B. VerStandig