**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 24-30203 |
| | Chapter 11 |
| Precisionomics, LLC, | |
| Debtor. | |
| _____/ | |

**ORDER**

On January 10, 2026, Attorney Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm, filed a Motion to Withdraw as Attorney for Debtor [Doc 58], showing cause for the relief sought. The Court received no objections to the motion.

**IT IS ORDERED** the Motion to Withdraw as Attorney for Debtor is **GRANTED**. Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm, is allowed to withdraw from further representation of Debtor in this case effective immediately.

Dated this 28th day of January, 2026.

/s/ Shon Hastings
Shon Hastings
United States Bankruptcy Judge